Elizabeth F. Rojas, Chapter 13 Trustee
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA  91403
Telephone:  (818) 933-5700
Facsimile:   (818) 933-5755

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Cindy Diane Burkhart<br><br><br><br><br>DEBTOR(S) | CASE NO. 9:23-bk-10247-RC<br><br>CHAPTER 13<br><br>NOTICE OF INTENT TO DEPOSIT FUNDS FOR THE BENEFIT OF THE ESTATE:<br><br>NO HEARING REQUIRED |

**TO THE HONORABLE RONALD A. CLIFFORD, U.S. BANKRUPTCY JUDGE, DEBTORS, DEBTOR'S COUNSEL, AND ALL OTHER INTERESTED PARTIES:**

The Chapter 13 Trustee has received property of Debtor's bankruptcy estate from OneMain valued at $321.60 that was not claimed as exempt.  Notice is hereby given that the Chapter 13 Trustee intends to disburse these funds for benefit of Debtor's creditors unless Debtor amends Schedules B and C to disclose the property and claim any allowed exemption within 10 days of the date of this notice.

DATED: May 18, 2023

*Elizabeth F Rojas*
Elizabeth F. Rojas
Chapter 13 Standing Trustee

| In Re:   Cindy Burkhart | Chapter 13 |
|---|---|
| Debtor(s) | Case Number: 9:23-bk-10247-RC |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15260 Ventura Blvd., Suite 710, Sherman Oaks, CA 91403

A true and correct copy of the foregoing document entitled:   NOTICE OF INTENT TO DEPOSIT FUNDS FOR THE BENEFIT OF THE ESTATE   will be served or was served   **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

UNITED STATES TRUSTEE (ND):   USTPREGION16.ND.ECF@USDOJ.GOV
Tyson Takeuchi                             tyson@tysonfirm.com, albert@tysonfirm.com;armen@tysonfirm.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge   will be completed no later than 24 hours after the document is filed.

Cindy Diane Burkhart, 2053 N. Medina Ave. Simi Valley, CA 93063

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/18/2023 | Roderick Mathieson | /s/ Roderick Mathieson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                  **F 9013-3.1.PROOF.SERVICE**